# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Western District of Texas

**Denice Lee a/n/f JS, a toddler**

    Plaintiff(s),

VS.

**United States Department of Health and Human Services**

    Defendant(s).

Attorney: Tej R. Paranjpe

Paranjpe & Mahadass, LLP
3701 Kirby Dr., #530
Houston TX 77098



*231338*

**Case Number: 5:18-cv-00605-DAE**

Legal documents received by Duces Tecum, Inc. on **07/16/2018** at **11:09 AM** to be served upon **United States Department of Health and Human Services,** at **200 Independence Ave., SW, Washington, DC, 20201**

I, **Kailynne Kaleema**, swear and affirm that on **July 16, 2018** at **2:55 PM**, I did the following:

Served **United States Department of Health and Human Services**, **a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Plaintiff's First Amended Complaint** to **Tabitha Caldwell** as **Correspondence Specialist & Authorized Agent** at **200 Independence Ave., SW , Washington, DC 20201** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 43 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Kailynne Kaleema**
Process Server

**Duces Tecum, Inc.**
6201 Bonhomme Rd., #388N
Houston TX 77036

713-520-9646

Internal Job ID:231338

District of Columbia: SS
Subscribed and Sworn to before me this ___ day of _____, ____

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

